PATTERSON, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  6/25/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY FUND,
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF AMERICA FUND, and
THE NEW YORK CITY AND VICINITY CARPENTERS
LABOR-MANAGEMENT CORPORATION, by MICHAEL J.
FORDE, and PAUL O'BRIEN, as TRUSTEES, and MICHAEL
J. FORDE AS EXECUTIVE SECRETARY-TREASURER,
DISTRICT COUNCIL FOR NEW YORK CITY AND
VICINITY, UNITED BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA,

08 CV 4687 (RPP)
ECF CASE

NOTICE OF DISMISSAL

                                        Plaintiffs,

                    -against-

PILE FOUNDATION CONSTRUCTION COMPANY, INC.,

                                        Defendant.
-----------------------------------------------------------------X

    PLEASE TAKE NOTICE, that pursuant to Rule 41 (a)(1) of the Federal Rules of Civil
Procedure, plaintiffs THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION
FUND, et al., hereby dismiss the above-captioned action against the defendant, PILE FOUNDATION
CONSTRUCTION COMPANY, INC., without prejudice and without costs to any party.

Dated:  New York, New York
        June 24, 2008

                                        Yours, etc.,

                                        O'DWYER & BERNSTIEN, LLP

                                  By:   _____
                                        ANDREW GRABOIS (AG 3192)
                                        Attorneys for Plaintiffs
                                        52 Duane Street
                                        New York, New York 10007
                                        (212) 571-7100

SO ORDERED:

_____
U.S.D.J.
6/25/08